### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT COURT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| **CONNER SLEVIN,** <br> **an individual,** <br><br>     **PLAINTIFF,** <br> v. <br><br> **THE TAE HONG CHOI TRUST,** <br> **a trust, and HUNG K. CHOI,** <br> **a trustee,** <br><br>     **DEFENDANTS.** | * <br> * <br> * <br> * <br> * <br> *    Case No. 3:24-CV-00440 <br> * <br> * <br> * <br> * <br> * |

Pursuant to Federal Rule of Civil Procedure 41 and Local Rule 41, Plaintiff hereby notifies the Court that the parties stipulate to, and request that the Court enter, an order of dismissal of this action with prejudice and without an award of attorneys' fees and costs to either party.

IT IS SO STIPULATED this <u>July 15, 2024</u>.

| | |
|---|---|
| /s/ Jessica Molligan | /s/ Dennis Steinman |
| Jessica Molligan, OSB #001823 | Dennis Steinman, OSB #954250 |
| Attorney for Plaintiff | Attorney for Defendant |
| Email: jessicamolligan@comcast.net | Email: dsteinman@kelrun.com |